UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Gonzalez,

                Plaintiff,          20 Civ. 10554 (KMK)(AEK)

  -against-                    **CANCELLATION ORDER**

Equifax Information Services, LLC,

                Defendant.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Defendant Discover Bank has been voluntarily dismissed from this action, ECF No. 10, and the parties have reported that a settlement has been reached as to the claims against defendant Equifax Information Services, LLC, ECF No. 22. Accordingly, the telephonic conference scheduled for **Wednesday**, **May 5**, **2021**, at **10:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated: April 30, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge